**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Moises DELGADO–LOPEZ,
Defendant–Appellant.**

No. 05–50982.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public De-
fender's Office Western District of Texas,
San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, GARZA, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Moises Delgado–Lopez raises argu-
ments that are foreclosed by *Almendarez–
Torres v. United States,* 523 U.S. 224, 235,

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be

118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.